```
 1   GARY M. RESTAINO
     United States Attorney
 2   District of Arizona
     RYAN P. DeJOE
 3   Assistant U.S. Attorney
     United States Courthouse
 4   405 W. Congress Street, Suite 4800
     Tucson, Arizona 85701
 5   Telephone: 520-620-7300
     Email: ryan.dejoe@usdoj.gov
 6   Attorneys for Plaintiff
```

FILED
2024 JUL 17 PM 12:47
CLERK US DISTRICT COURT
DISTRICT OF ARIZONA

CR24-04433 TUC-JCH(JR)

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

United States of America,

　　　　　Plaintiff,

　　v.

Brock Edward Eldridge,
　(Counts 1-3)

　　　　　Defendant.

**INDICTMENT**

VIOLATIONS:
8 U.S.C. § 1324(a)(1)(A)(v)(I)
8 U.S.C. § 1324(a)(1)(A)(ii)
8 U.S.C. § 1324(a)(1)(B)(i)
(Conspiracy to Transport Illegal Aliens for Profit)
**Count 1**

8 U.S.C. § 1324(a)(1)(A)(ii)
8 U.S.C. § 1324(a)(1)(B)(i)
(Transportation of Illegal Aliens for Profit)
**Counts 2-3**

**THE GRAND JURY CHARGES:**

## COUNT 1

From a date unknown to on or about June 20, 2024, in the District of Arizona, Brock Edward Eldridge, did knowingly and intentionally combine, conspire, confederate, and agree with various other persons known and unknown to the grand jury, to transport and move illegal aliens within the United States by means of transportation or otherwise, in furtherance of such violation of law, and did so for the purpose of commercial advantage or private financial gain, all in violation of Title 8, United States Code, Sections 1324(a)(1)(A)(v)(I), 1324(a)(1)(A)(ii) and 1324(a)(1)(B)(i).

**COUNT 2**

On or about June 20, 2024, in the District of Arizona, Brock Edward Eldridge, knowing and in reckless disregard of the fact that an alien, Hermitanio Carrillo-Rivas, had come to, entered and remained in the United States in violation of law, did transport and move said alien within the United States by means of transportation or otherwise, in furtherance of such violation of law, and did so for the purpose of commercial advantage and private financial gain, in violation of Title 8, United States Code, Sections 1324(a)(1)(A)(ii) and 1324(a)(1)(B)(i).

**COUNT 3**

On or about June 20, 2024, in the District of Arizona, Brock Edward Eldridge, knowing and in reckless disregard of the fact that an alien, Jonathan Ronaldo Calderon-Alvarado, had come to, entered and remained in the United States in violation of law, did transport and move said alien within the United States by means of transportation or otherwise, in furtherance of such violation of law, and did so for the purpose of commercial advantage and private financial gain, in violation of Title 8, United States Code, Sections 1324(a)(1)(A)(ii) and 1324(a)(1)(B)(i).

A TRUE BILL

/s/
FOREPERSON OF THE GRAND JURY
Dated: July 17, 2024

REDACTED FOR PUBLIC DISCLOSURE

GARY M. RESTAINO
United States Attorney
District of Arizona

/s/
RYAN P. DEJOE
Assistant U.S. Attorney

*United States of America v. Brock Edward Eldridge*
*Indictment Page 2 of 2*